425 A.2d 836

Commonwealth v. Dale, Appellant.

Submitted September 13, 1979. Gary S. Fronheiser, Assistant Public Defender, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.